**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ANDRÉ M. ESPINOSA**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING, JR. EDERAL
and US COURTHOUSE BUILDING
50 Walnut Street
NEWARK, NJ 07102
973-645-3827

# LETTER ORDER PURSUANT TO LOCAL CIVIL RULE 16.1

RE:  VA 365 LLC, a NJ lmtd liability Co. v. SINE TRADING INTNL. LLC
Case No.  23cv02628(CCC-AME)

Dear Counsel:

A telephonic initial scheduling conference shall be held on **September 26, 2023 at 2:00 p.m.** Parties shall call 1-866-434-5269 and the access code is 1874589#.  See Fed. R. Civ. P. 16 and L.Civ.R. 16.1.

Counsel are advised that the early disclosure requirements of Federal Rule of Civil Procedure ("Rule") 26 will be enforced. Therefore, counsel shall immediately exchange the following information relating to the above-captioned matter without a formal discovery request:

- identities of individuals likely to have knowledge of discoverable facts;

- documents and things in the possession of counsel or the parties;

- identities of experts and their opinions;

- insurance agreements in force; and

- statement(s) of the basis for any damages claimed.

At least **14 days** prior to the conference, counsel shall meet and confer pursuant to Rule 26(f) and file a [Joint Discovery Plan](#) at least **three business days** prior to the conference.

At the conference, the Court will address the scheduling of proposed motions. No motions are to be filed without leave from the Court, except for motions in lieu of Answer under Rule 12. If motions requiring prior leave have been filed, the movant shall advise the Court, in writing, regarding the nature of the motion and its present status.

2

At the conference, all parties not appearing *pro se* must be represented by counsel who shall have full authority to bind their clients in all pretrial matters. Counsel shall also be prepared to discuss the merits of the case and shall have settlement authority. Clients or persons with authority over the matter shall be available by telephone. *See* L.Civ.R.16.1(a).

Counsel for plaintiff(s) shall notify any party who hereafter enters an appearance of the conference and forward a copy of this Order to that party.

Please advise the Court if this case has been settled or terminated.

**SO ORDERED** this **10th** day of **August, 2023**.

  */s/ André M. Espinosa*
**ANDRÉ M. ESPINOSA**
**UNITED STATES MAGISTRATE JUDGE**